AO 91 (Rev. 11/11) Criminal Complaint

FILED
MAY 2 3 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ________ DEP CLK

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.
David Craig Milam

Defendant(s)

Case No. 7:19-mj-1099-RJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 22, 2019 in the county of Onslow in the Eastern District of North Carolina, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§922(g)(1) and 924 | On or about May 22, 2019, the Defendant, having been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm. |

This criminal complaint is based on these facts:

Please refer to the attached Affidavit.

☑ Continued on the attached sheet.

Michael Noel
*Complainant's signature*

Det. Michael Noel, Onslow County Sheriff's Dept.
*Printed name and title*

On this day, Michael Noel appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date: 05/23/2019

*Judge's signature*

City and state: Wilmington, North Carolina

Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Detective Michael Noel of the Onslow County Sheriff's Department, being first duly sworn, hereby depose and state as follows:

## PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against David Craig MILAM, alleging that MILAM, who is a convicted felon, did possess, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g) and 924.

## INTRODUCTION

2. I, Michael Noel, am a Detective with the Onslow County Sheriff's Office, North Carolina and have been employed with my respective agency for 7 years and 3 months. I am presently assigned to the Drug Enforcement Unit as a narcotics Detective. I routinely investigate violations of the federal and state criminal statutes concerning drug trafficking, human trafficking, gang operations and firearms offenses.

3. The information contained in this affidavit is based on my personal knowledge or that of other law enforcement investigators who have dealt with MILAM in the past.

4. As this affidavit is being submitted for the purpose of establishing probable cause for the issuance of an arrest warrant, I have not included each and

every fact known to me concerning this investigation, and have set forth only those facts I believe are necessary for said purpose.

**FACTUAL BASIS**

5. On May 22, 2019, members of the Onslow County Sheriff's Office Drug Enforcement Unit were conducting surveillance operations on known locations of members of the Aryan Kings (which is a white supremacy gang). One of the locations is the home of David Craig MILAM, otherwise known as "DC," located at 1417 Old Folkstone Road in Sneads Ferry. MILAM is the leader of the Aryan Kings. This gang is known for their involvement in the distribution of illegal narcotics and the use of violence and intimidation to spread their "message". Multiple complaints have been brought to the attention of the Drug Enforcement Unit from the citizens of Sneads Ferry. The complaints remain anonymous due to people being in fear for their lives if their names are brought to light.

6. On May 22, 2019, law enforcement officers observed a silver Lincoln Navigator leaving 1417 Old Folkstone Road. When the vehicle left the residence, law enforcement ran the license plate, and determined that the tags were registered to the vehicle, but the vehicle did not have any insurance. When law enforcement got behind the vehicle, the driver attempted to elude the police by running a stop sign. At this point, officers activated the sirens and blue lights to initiate a traffic stop. The vehicle made no stops in between the time that it left the residence and the traffic stop.

7. As detectives approached the vehicle, they made contact with the driver David MILAM, and the front passenger. The front passenger indicated that he had a



D.P.

"speaker box" inside of his pocket. When the officers frisked him, they located the speaker box; however, the box contained a syringe loaded with a controlled substance. The officers, based on their training and experience, believed the syringe was loaded with heroin ready for injection. A spoon was also located inside the speaker box. At that time, MILAM was removed from the vehicle and a search was conducted. A black bag with $14,612.00, marijuana and packaging materials were found inside the vehicle. MILAM took responsibility for the black bag containing the $14,612.00 and marijuana.

8. On this basis, a search warrant for MILAM's residence at 1417 Old Folkstone Road was applied for and granted by a magistrate judge. During the search of MILAM's residence the following items were found:

- Smith and Wesson Pistol 9mm SD9 and ammunition;
- .22 caliber Phoenix Arms Pistol and ammunition;
- Ruger 9mm pistol and ammunition;
- Two SKS rifles and ammunition;
- 7.62 Banana shaped magazine containing 7.62 rounds;
- 7.62 Banana shaped magazine containing 7.62 rounds;
- Clear plastic bag containing 29.9 grams of suspected crystal methamphetamine;
- Clear Plastic bag containing 27.5 grams of suspected heroin;
- Various drug and gang paraphernalia.

9. David MILAM is believed to be the leader of a white supremacy gang known as the Aryan Kings, which has been growing rapidly within Onslow County and the North Carolina Department of Corrections. MILAM is a three-time convicted felon, who has at least one felony that was punishable for a term exceeding one year. Specifically, MILAM has a 2013 conviction for assault by strangulation, for which he



D.P.

received a sentence of 8-19 months, as well as a 2015 conviction for breaking and/or entering, for which he received a sentence of 8-19 months.

10. The firearms in this case were examined by a Nexus examiner, and it was determined that the listed firearms were not manufactured in the State of North Carolina.

## CONCLUSION

11. Based on all of the foregoing, I, Michael Noel, believe that there is ample probable cause to conclude that David MILAM is in fact guilty of possession of a firearm by a prohibited person, Title 18, United States Code, § 922(g), and respectfully request that the Court issue a warrant ordering his arrest for said violation.

SUBSCRIBED TO AND SWORN TO BEFORE ME

THIS 23 DAY OF May 2019.

Michael Noel

Detective Michael Noel
Onslow County Sheriff's Department

Robert B. Jones Jr.
United States Magistrate Judge
Eastern District of North Carolina



D.P.