# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.
David Craig Milam
*Defendant*

Case No. 7:19-mj-1099-RJ

RECEIVED
MAY 24 2019
U.S. Marshals Service, EDNC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Craig Milam,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. §§922(d)(1) and 924: On or about May 22, 2019 the Defendant, having been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm.

Date: 05/23/2019

*Issuing officer's signature*

City and state: Wilmington, North Carolina

Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/23/19, and the person was arrested on *(date)* 5/24/19
at *(city and state)* Onslow Co NC.

Date: 5/24/19

Michael Noel Onslow Co S.O.
*Arresting officer's signature*

S. Tanner USMS
*Printed name and title*

FILED
MAY 24 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY JAB DEP CLK